No. 68. McCOY *v.* WEST VIRGINIA. On petition for writ of certiorari to the Supreme Court of Appeals of West Virginia; and

No. 355. PAINTER *v.* BALTIMORE & OHIO RAILROAD CO. On petition for writ of certiorari to the Supreme Court of Pennsylvania. October 21, 1940. The petitions for writs of certiorari in these cases are denied for the reason that the applications therefor were not made within the time provided by law. Section 8 (a), Act of February 13, 1925 (43 Stat. 936, 940). *Arthur McCoy, pro se.*

684

*Mr. J. Thomas Hoffman* for petitioner in No. 355. Reported below: No. 68, 7 S. E. 2d 89; No. 355, 339 Pa. 271; 13 A. 2d 396.